IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCIS R. SCOTT, as the Personal
Representative of the Estate of Barbra Dawson,
    Plaintiff,

v.                                               CASE NO. 4:16- cv-00438-RH-CAS

CALHOUN LIBERTY HOSPITAL ASSOCIATION, Inc.,
DREW PEACOCK, and JENNIFER WALDORFF,
    Defendants.
_____/

### NOTICE OF RESOLUTION

THE PARTIES resolved this dispute at mediation on July 20, 2017.

DATED this 28 day of July, 2017

                                        /s/_Nikki A. Clark_____
                                        NIKKI ANN CLARK
                                        Attorney at Law
                                        Florida Supreme Court Certified
                                        Circuit Civil Mediator
                                        Florida Bar No. 058954
                                        Florida Mediator No. 33721R
                                        1020 East Lafayette Street, Suite 115
                                        Tallahassee FL 32301
                                        (850) 386-3336

This Notice of resolution was emailed to and was on July 28, 2017.

E copies to:

Daryl Parks, Esq
Miriam Coles, Esq.
Darryl Rouson, Esq.