# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FRANCES R. SCOTT, as the Personal
Representative of the Estate of
Barbara Dawson,

    Plaintiff,

v.                                  CASE NO. 4:16cv438-RH/CAS

CITY OF BLOUNTSTOWN,
JOHN TADLOCK,
CALHOUN-LIBERTY HOSPITAL
ASSOCIATION, INC.,
DREW PEACOCK, and
JENNIFER WALDFORFF,

    Defendants.

_____/

## ORDER FOR DISMISSAL

The mediator has filed a notice indicating that this case has been settled. ECF No. 72. Accordingly,

IT IS ORDERED:

1. The parties to the settlement agreement must comply with the settlement agreement.

2. All remaining claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The clerk must enter judgment stating, "The parties to the settlement agreement are ordered to comply with the settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All remaining claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The clerk must close the file.

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on August 7, 2017.

                                                  s/Robert L. Hinkle
                                                United States District Judge