UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCES R. SCOTT,

    VS                                      CASE NO.  4:16cv438-RH/CAS

CITY OF BLOUNTSTOWN, et al.,

## JUDGMENT

The parties to the settlement agreement are ordered to comply with the settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All remaining claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

| | |
|---|---|
| August 07, 2017 | s/Tiffinie Larkins |
| DATE | Deputy Clerk: Tiffinie Larkins |